# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

| | | |
|---|---|---|
| JONATHAN MELENDEZ, | * | |
| Plaintiff, | * | CIVIL ACTION NO.: 2:21-cv-131 |
| v. | * | |
| CPL. HARRIS; CPL. SAVAGE; GLYNN COUNTY DETENTION CENTER; and SHERIFF'S OFFICE OF GLYNN COUNTY, | * | |
| Defendant. | * | |

## ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 31. Neither party filed Objections to this Report and Recommendation.

Thus, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court, **GRANTS as unopposed** Defendants Glynn County Detention Center and Sheriff's Office of Glynn County's Motion to Dismiss, and **DENIES** Plaintiff leave to proceed in forma pauperis. These Defendants are terminated as parties to this litigation, but Plaintiff's claims against

Defendants Harris and Savage shall remain pending.

**SO ORDERED**, this \_\_17\_\_ day of \_\_May\_\_, 2022.

---

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)